IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM GEOFFERY DOBBINS, AIS#167085, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:08cv997-MEF ) |
| WARDEN JOHN CUMMINS, | ) ) |
| Defendant. | ) |

## **ORDER**

On May 23, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 68). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. The defendant's motion for summary judgment is GRANTED.

2. Judgment is entered in favor of the defendant.

3. The costs of this proceeding are taxed against the plaintiff.

4. This case is DISMISSED with prejudice.

Done this the 20th day of June, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE